AUGUST 15, 1997

No. A–31 (97–5078). HUNT v. UNITED STATES. C. A. 9th Cir. Application for bail, addressed to JUSTICE BREYER and referred to the Court, denied.

No. A–71 (96–9490). ZIGLAR v. ALABAMA. C. A. 11th Cir. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

AUGUST 18, 1997

No. 96–1746. HELLENIC AMERICAN NEIGHBORHOOD ACTION COMMITTEE v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.1.

AUGUST 19, 1997

No. 97–5637 (A–141). IN RE SIX. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 97–5343 (A–126). POPE v. PRUETT, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 97–5617 (A–138). SIX v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

AUGUST 26, 1997

No. 97–215. CALDERON, WARDEN v. THOMPSON. C. A. 9th Cir. [Certiorari granted, ante, p. 1136.] The order granting the peti-